IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 00-cr-00282-LTB
05-CR-00322-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAMAUL LAMONT HILL,

    Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a supervised release violation hearing regarding Defendant Hill is set **Monday, May 3, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: April 28, 2010