**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  00-cr-00282-LTB
              05-CR-00322-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAMAUL LAMONT HILL,

      Defendant.

___

**AMENDED MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a compliance review/supervised release violation hearing regarding Defendant Hill is set **Monday, May 3, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: April 28, 2010