**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  00-cr-00282-LTB
　　　　　　　　　 05-cr-00322-LTB

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1.　　JAMAUL LAMONT HILL,

　　　　Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

　　　A further compliance review hearing is set **Wednesday, July 28, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated: May 3, 2010